FREDERICK WILCOCK, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Judgment affirmed, with costs, upon the authority of *Miller* v. *Eagle Savings & Loan Co.* (174 App. Div. 581). Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred. .

In the Matter of the Application of CHARLES B. BARFIELD, for an Order Directing the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, and the Commissioners Thereof, to Receive and File the Certificates of Nomination, etc. Member of Assembly, Twenty-second Assembly District.— Order reversed, on the ground that the vote cast for Governor at the last gubernatorial election in the twenty-second Assembly district was 15,272, of which five per cent is 763, while the petition of the respondent contains 580 subscribers only, which is insufficient for the reasons stated in opinion per curiam in *Matter of Richards* (179 App. Div. 823), decided herewith. Jenks, P. J., Stapleton, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of SAMUEL J. BURDEN, Respondent, for an Order Directing EDWARD F. BOYLE and Others, as, and Constituting the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellants, to Receive and File a Certain Certificate of Nomination of ALEXANDER DUJAT as an Independent Candidate for Election to the Office of County Clerk of the County of Queens.— Order reversed and motion denied, without costs. (See *Matter of Becker*, 179 App. Div. 789, decided herewith.) Jenks, P. J., Stapleton, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of CHARLES J. MOORE, for an Order Directing the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, etc., to Receive and File the Certificates of Nomination, etc. Alderman of the City of New York, Fifty-eighth District.— Order reversed, on the ground that the vote cast for Governor at the last gubernatorial election in the fifty-eighth aldermanic district was 14,086, of which five per cent is 704, while the petition of the respondent contains 558 subscribers only, which is insufficient for the reasons stated in opinion per curiam in *Matter of Richards* (179 App. Div. 823), decided herewith. ˙ Jenks, P. J., Stapleton, Putnam and Blackmar, JJ., concurred.

JOHN E. DONOVAN, Appellant, v. THE CITY OF NEW YORK, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Thomas, Stapleton, Putnam and Blackmar, JJ.

ANNIE HOROHOE, Appellant, v. GENEVIEVE HOGAN and Others, Respondents, and JAMES P. JUDGE, Defendant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.